No. 39912.—Protests 675433–G, etc., of Gimbel Bros., Inc., Del., et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 22, 1938

No. 39913.—Protests 796692–G, etc., of McKesson & Robbins, Inc. (New York).

Opinion by McCLELLAND, P. J.   The protests were submitted on the record originally made.   In the absence of further proof they were again overruled.

Brown, J., dissented, holding that the congressional purpose in passing section 504 was to prevent evasion of regular duty on articles imported in the guise of containers to be afterward resold.   He held that the record showed that these soap bowls have an advertisement imbedded into them which precludes their subsequent use or sale as independent articles of commerce.   *United States* v. *Richards* (66 Fed. 730) and *United States* v. *Hohner* (4 Ct. Cust. Appls. 122, T. D. 33393) cited.

BEFORE THE SECOND DIVISION, NOVEMBER 22, 1938

No. 39914.—Protests 739618–G, etc., of Akawo & Co., Ltd., et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

NOVEMBER 16, 1938

No. 39915.—[redacted]—Protest 892883–G of Carl Zeiss,. Inc.   T. D. 49387.   Application by Government denied.

NOVEMBER 22, 1938

No. 39916.—SUIT 4163.—[redacted]—T. D. 49364.   Appeal dismissed.

BEFORE THE FIRST DIVISION, NOVEMBER 23, 1938

No. 39917.—Petitions 5666–R, etc., of Golding Bros. Co., Inc. (New York).

Opinion by McCLELLAND, P. J.   The merchandise was appraised on the basis of the United States value, and on reappraisement it was finally determined that the foreign-market value was the proper basis, which was higher than the entered value and resulted in additional duties being assessed.   Being satisfied that there was no intent to defraud the revenue the court granted the petitions.